**MEMORANDUM DECISION AND ORDER** A creditor in a chapter 13 case is not entitled under Rule 9006 to seek an enlargement of time for filing a proof of claim. However, a debtor may file a proof of the creditor's claim under Rule 3004, and if the debtor's failure timely to file such a proof of claim was a result of excusable neglect, a debtor is entitled under Rule 9006 to seek an enlargement of the time specified by Rule 3004 for filing such a proof of claim. The order below is signed without prejudice to the debtor's seeking an enlargement of the time specified by Rule 3004 for filing a proof of the creditor's claim. Dated: October 29, 2008.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE
SHIRLEY MAE FREEMAN-IBANGA                  :   Chapter 13 Case No. 08-00238
        Debtor                              :

**ORDER DISALLOWING CLAIM OF AMERICAN HOME MORTGAGE SERVICING, INC.**

Upon consideration of the Objection of the Trustee, the proof of claim filed August 26, 2008, by American Home Mortgage Servicing, Inc., with a pre-petition arrears claim of $18,416.90, as an untimely filed claim, and the court record herein, it is,

ORDERED, that the Trustee's Objection be and the same is hereby sustained, and said claim filed August 26, 2008, is hereby disallowed and expunged from the record.

Shirley Mae Freeman-Ibanga
4931 4th Street, NW
Washington, DC 20011

Edward V. Hanlon
5510 Cherrywood Lane, Suite G
Greenbelt, MD  20770

American Home Mortgage Servicing, Inc.
Attn:  Bankruptcy Department
4600 Regent Boulevard
Irving, TX  75063

American Home Mortgage Servicing, Inc.
c/o Cohn, Goldberg & Deutsche, LLC
600 Baltimore Avenue, #208
Towson, MD  21204

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623